JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL W. H., | ) | NO. CV 23-07258-KS |
|     Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| MARTIN J. O'MALLEY, | ) | |
| Commissioner of Social Security, | ) | |
|     Defendant. | ) | |

Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: August 9, 2024

_____
KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE